11-11-2023

CLERK, US
BOB CASEY COURTHOUSE
515 RUSK
HOUSTON, TX 77002

United States Courts
Southern District of Texas
FILED

MAY 06 2024

Nathan Ochsner, Clerk of Court

DEAR CLERK
I WOULD LIKE TO SUE BEN TAUB
HOSPITAL AND HARRIS COUNTY
HOSPITAL DISTRICT.
THEY HAVE IMPLANTED A MICROCHIP
INSIDE OF MY SCROTUM AND IS
USING ARTIFICIAL INTELLIGENCE
TO MANIPULATE MY MIND.
THEY HAVE BEEN BROADCASTING
SEXUALLY EXPLICIT IMAGES INTO
MY RETINA AND BROADCASTING A
BUNCH OF NONSENSE AUDIO AND
VISUALLY. I WANT THESE DEVICES
REMOVED FROM MY BODY
I DID NOT GIVE CONSENT OR
INFORMED CONSENT TO THIS
TORTURE.

Neville De Souza

Neville Ambrose D Souza
TDCJ-ID #879754
Wayne Scott Unit
4 Jester Rd
Richmond, Texas 77406

PO Box 660400
Dallas, Tx 75266-0400

Legal

HOUSTON TX courts
United States PDC 773
Southern District of Texas
3 MAY 2024  PM 6  L

MAY 06 2024

Nathan Ochsner, Clerk of Court

CLERK, U S
BOB CASEY COURTHOUSE
515 RUSK
HOUSTON, TX 77002

77002-260099